# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN R. VERCHER,<br><br>    Petitioner,<br><br>    v.<br><br>SHAWN HATTON,<br><br>    Respondent. | No. 2:18-cv-1915-JAM-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 21, 2019, petitioner requested an extension of time to file his objections to the July 31, 2019 findings and recommendations.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 22) is granted and petitioner has 30 days from the date this order is served to file his objections.

Dated: August 26, 2019.

                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE