UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN R. VERCHER,

          Petitioner,

    v.

SHAWN HATTON,

          Respondent.

No.  2:18-cv-1915-JAM-EFB P

ORDER

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  There does appear to be a typographical omission of the word "no" on page twenty-nine of the document, however.  Thus, the court modifies the sentence at page twenty-nine and

beginning on line twenty-six to read: "And as noted above, there is no clearly established federal law entitling him to such bifurcation."

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 31, 2019, are, as modified above, adopted in full;

2. Petitioner's application for a writ of habeas corpus is denied;

3. The Clerk is directed to close the case; and

4. The court declines to issue a certificate of appealability.

DATED: November 14, 2019

/s/ John A. Mendez_____ \_\_\_\_\_

UNITED STATES DISTRICT COURT JUDGE